Steven A. Seick, Attorney at Law
California State Bar No. 144819
110 West C St., Suite 1809
San Diego, CA 92101
(619) 234-6104; e-mail - steveseick@cox.net

Attorney for Fatemeh Aryanfar

FILED
2007 DEC 14 PM 1:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Fatemeh Aryanfar,

    Plaintiff,

v.

Michael Chertoff, Secretary, Department of Homeland Security,

Emilio Gonzalez, Director, United States Citizenship and Immigration Services,

Paul Pierre, District Director,
San Diego District, United States Citizenship and Immigration Services,

Michael Mukasey,
Attorney General of the United States,

Robert Mueller, III, Director,
Federal Bureau of Investigation,

    Defendants.

Civil 07 CV 2341 IEG RBB

Agency No. A98-466-463

COMPLAINT FOR A WRIT
IN THE NATURE OF
MANDAMUS

Plaintiff alleges as follows:

1. Plaintiff Fatemeh Aryanfar is an individual and an applicant for permanent residence in the United States. Plaintiff resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. § 1255.

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Defendant Emilio Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS). Defendant Paul Pierre is the District Director of the San Diego District of USCIS. Defendant Michael Mukasey is the

1  Attorney General of the United States. Defendant Robert Mueller, III, is the Director of
2  the Federal Bureau of Investigation. All defendants are sued in their professional
3  capacities.
4     3.    The Court has jurisdiction of this action pursuant to 5 U.S.C. § 701 *et seq.*,
5  28 U.S.C. § 1361, and 28 U.S.C. § 2201 *et seq.*, and relief is requested pursuant to these
6  statutes.
7     4.    Plaintiff applied for adjustment to permanent resident status on February
8  5, 2006, pursuant to 8 U.S.C. § 1255 with USCIS. Plaintiff was previously admitted to
9  the United States as the fiancee of a citizen of the United States. Her application for
10 adjustment is based on their subsequent marriage. Defendants have a duty to adjudicate
11 this application.
12    5.    Plaintiff's fingerprints and biometrics were taken on April 14, 2006, by
13 USCIS.
14    6.    USCIS interviewed plaintiff for the adjustment of status in May of 2006.
15 Plaintiff met all the requirements for adjustment of status.
16    7.    Plaintiff has repeatedly inquired of Defendants as to when her case will be
17 completed. She has been informed the security checks are still pending.
18    8.    Plaintiff has exhausted her administrative remedies.
19    9.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and
20 not in accordance with law.
21    10.   Defendants are in violation of the Administrative Procedures Act, 5 U.S.C.
22 § 701 *et seq.*, are unlawfully withholding or unreasonably delaying action on plaintiff's
23 application to adjust status, and have failed to carry out the adjudicative functions
24 delegated to them by law with regard to plaintiff's case.
25    WHEREFORE, plaintiff prays:
26    A.    That the defendants be ordered to promptly adjudicate her case in a time
27 period not to exceed 90 days,
28 //

1      B.    For reasonable attorney's fees, and
2      C.    For other relief as this court may deem proper.
3  //
4  //
5  //
6  //
7  Dated: Dec. 14, 2007

    *[signature]*
Steven A. Seick
Attorney for Plaintiff Fatemeh Aryanfar

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Fatemeh Aryanfar

San Diego

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Steven A. Seick, Attorney at Law; (619) 234-6104
110 West C St., Suite 1809; San Diego, CA 92101

## DEFENDANTS
Michael Chertoff, Secretary, Dept. of Homeland Security; Emilio Gonzalez, Director, U.S. Citizenship & Immigration Services; Paul Pierre, District Director, San Diego District, U.S. Citizenship & Immigration Services; Michael Mukasey, U.S. Attorney General; Robert Mueller, III, Director, Federal Bureau of Investigation

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
'07 CV 2341 IEG RBB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 8 U.S.C. 1255
Brief description of cause:
Defendants have refused to adjudicate plaintiff's application to adjust status within a reasonable time.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE 12/14/2007
SIGNATURE OF ATTORNEY OF RECORD /s/ Steven A. Seick

FOR OFFICE USE ONLY
RECEIPT # 145554   AMOUNT $350   12/14/07 BZ/   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 145554     - BH

December 14, 2007
13:49:16

Civ Fil Non-Pris
USAO #.: 07CV2341 CIVIL FILING
Judge..: IRMA E GONZALEZ
Amount.:               $350.00 CC

Total-> $350.00

FROM: ARYANFAR V. CHERTOFF ET AL
      VISA AUTH# 05502C