1  Steven A. Seick, Attorney at Law
   California State Bar No. 144819
2  110 West C St., Suite 1809
   San Diego, CA 92101
3  (619) 234-6104; e-mail - steveseick@cox.net

4  Attorney for Fatemeh Aryanfar

5

6             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
7

8  Fatemeh Aryanfar,            )   Civil No. 07cv2341 IEG RBB
                                )
9           Plaintiff,           )   DHS No. A98-466-463
                                )
10      v.                       )   CERTIFICATE OF SERVICE
                                )
11 Michael Chertoff, Secretary, Department of )
   Homeland Security,            )
12                               )
   Emilio Gonzalez, Director, United States )
13 Citizenship and Immigration Services, )
                                )
14 Paul Pierre, District Director, )
   San Diego District, United States )
15 Citizenship and Immigration Services, )
                                )
16 Michael Mukasey,             )
   Attorney General of the United States, )
17                               )
   Robert Mueller, III, Director, )
18 Federal Bureau of Investigation, )
                                )
19          Defendants.          )
                                )
20

21      I, Steven A. Seick, attorney for plaintiff, certify that I am a citizen of the United

22 States, a resident of San Diego County, California, over the age of eighteen years, with

23 the business address of 110 West C St., Suite 1809, San Diego, CA, and not a party to this

24 action, and that I served plaintiff's Complaint for a Writ in the Nature of Mandamus and

25 Summons in a Civil Action on December 14, 2007, as follows:

26 By personal delivery to:

27 U.S. Department of Justice
   Office of the U.S. Attorney
28 101 West Broadway, Suite 1500
   San Diego, CA 92101

1 | By placing a copy in a separate envelope, with postage for certified mail fully prepaid, for each addressee named below and depositing each with the U.S. Postal Service at San
2 | Diego, California:

3 | Michael Mukasey
Attorney General
4 | U.S. Department of Justice
950 Pennsylvania Ave., NW
5 | Washington, D.C. 20530-0001

6 | Michael Chertoff
Secretary
7 | Department of Homeland Security
Washington, D.C. 20528
8 |
Paul Pierre
9 | District Director
San Diego District, USCIS
10 | 880 Front St., Room 1234
San Diego, CA 92101
11 |
Emilio Gonzalez
12 | Director, USCIS
20 Massachusetts Ave, NW
13 | Washington, D.C. 20529

14 | Robert Mueller, III
Director, Federal Bureau of Investigation
15 | J. Edgar Hoover Building
935 Pennsylvania Ave., NW
16 | Washington, D.C. 20535

17 | Attached are copies of the certified mail receipts and domestic return receipts for all the defendants except Robert Mueller, III, Director of the FBI. The domestic return receipt
18 | for Director Mueller was not received by me, so I have attached confirmation from the U.S. Postal Service that delivery was made.
19 | //

20 | Dated: January 30, 2008         s/ Steven A. Seick
                                     Steven A. Seick
21 |                                 Attorney for Plaintiff

22

23

24

25

26

27

28

2