

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0004 7649 4851**
Status: **Delivered**

Your item was delivered at 2:50 AM on December 20, 2007 in WASHINGTON, DC 20535.

(Additional Details >)  (Return to USPS.com Home >)

**Track & Confirm**

Enter Label/Receipt Number.

(Go >)

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.77 |

Sent To: FBI Director Robert Mueller, III
Street, Apt. No.; or PO Box No.: J. Edgar Hoover Building, 935 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, D.C. 20535

PS Form 3800, August 2006    See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>DEC 1 9 2007 |
| 1. Article Addressed to:<br><br>Attorney General Michael Mukasey<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530-0001<br><br>Re: Fatemeh Aryanfar | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0004 7649 4882 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $0.97 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.77 |

Sent To: Attorney General Michael Mukasey
Street, Apt. No.; or PO Box No.: U.S. Department of Justice, 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, D.C. 20530-0001

7007 1490 0004 7649 4882

PS Form 3800, August 2006    See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  JAN 2 2008  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Secretary Michael Chertoff<br>Department of Homeland Security<br>Washington, D.C. 20528<br><br>Re: Fatench Aryanfar | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>ACCEPTED IN OFFICIAL CAPACITY ONLY<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.77 |

Postmark Here  12/14/2007

7007 1490 0004 7649 7517

Sent To: Secretary Michael Chertoff
Street, Apt. No.; or PO Box No.: Department of Homeland Security
City, State, ZIP+4: Washington, D.C. 20528

PS Form 3800, August 2006      See Reverse for Instructions

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>DHS                              12-20-07 |
| 1. Article Addressed to:<br><br>Emilio Gonzalez<br>Director, USCIS<br>20 Massachusetts Ave., NW<br>Washington, D.C. 20529<br><br>Re: Fatemeh Aryanfar | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)      ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0004 7649 4868 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.77 |

Sent To: Emilio Gonzalez Director, USCIS
Street, Apt. No.; or PO Box No.: 20 Massachusetts Ave., NW
City, State, ZIP+4: Washington, D.C. 20529

7007 1490 0004 7649 4868

PS Form 3800, August 2006   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   District Director Paul Pierre
   San Diego District, USCIS
   880 Front St., Room 1234
   San Diego, CA  92101

   Re: Fatemeh Aryanfar

2. Article Number (Transfer from service label)
   7007 1490 0004 7649 4875

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.77 |

Postmark DEC 14 2007   12/14/2007

Sent To: District Director Paul Pierre
San Diego District, USCIS
Street, Apt. No.; or PO Box No.: 880 Front St., Room 1234
City, State, ZIP+4: San Diego, CA 92101   (Fatemeh)

7007 1490 0004 7649 4875

PS Form 3800, August 2006     See Reverse for Instructions