KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH ARYANFAR, ) | Case No. 07 cv 2341 IEG (RBB) |
| ) | |
| Plaintiff, ) | NOTICE OF APPEARANCE |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary,) Department of Homeland Security, et al.,) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

1     This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and
2 does not constitute a waiver of any defense or objection, including but not limited to personal
3 jurisdiction, sufficient process, sufficient process of service and proper venue.
4     Please call me if you have any questions about this notice.

Dated:   February 12, 2008                              Respectfully submitted,

                                                                     KAREN P. HEWITT
                                                                     United States Attorney

                                                                     s/ Raven M. Norris
                                                                     RAVEN M. NORRIS
                                                                     Assistant U.S. Attorney
                                                                     Attorneys for Defendants
                                                                     Email: Raven.Norris@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH ARYANFAR, ) | Case No. 07cv 2341 IEG (RBB) |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Steven A. Seick, Esq.**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008

                                  s/ Raven M. Norris
                                  RAVEN M. NORRIS