KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157
Facsimile: (619) 557-5004

Attorneys for the Defendants

STEVEN A. SEICK
California State Bar No. 144819
110 West C St., Suite 1809
San Diego, California 92101

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH ARYANFAR, | Case No. 07cv 2341 IEG (RBB) |
| Plaintiff, | |
| v. | JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING |
| MICHAEL CHERTOFF, Secretary of the Department Of Homeland Security, et al., | [Fed. R. Civ. P. 6(b)(1)] |
| Defendants. | |

COME NOW THE PARTIES, Plaintiff Fatemeh Aryanfar, by and through her counsel, Steven A. Seick, Attorney at Law, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Raven M. Norris, Assistant United States Attorney, hereby jointly move the Court to extend the time for filing of Defendants' responsive pleadings. The parties are working toward an extrajudicial resolution of Plaintiff's complaint, and the parties have agreed that additional time is required before Defendants' filing of any responsive pleading in order to pursue resolution of Plaintiff's claims without the intervention of the Court.

In an effort to resolve Plaintiff's complaints and without waiving Defendants' rights to defend the causes of actions and allegations, including the right to file any Fed. R. Civ. P. 12 motions to dismiss, the parties now jointly request this extension of time. Accordingly, the parties jointly request that the Court extend the date upon which Defendants' responsive pleadings are due until

**April 11, 2008**. The parties have not previously requested an extension of time.

Based upon the foregoing, it is respectfully requested that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading until **April 11, 2008**.

| | |
|---|---|
| Dated: February 12, 2008 | Respectfully submitted, |
| | KAREN P. HEWITT<br>United States Attorney |
| | s/ Raven M. Norris<br>RAVEN M. NORRIS<br>Assistant U.S. Attorney<br>Attorneys for Defendants |
| DATED: February 12, 2008 | |
| | s/ Steven A. Seick<br>STEVEN A. SEICK<br>Attorney for Plaintiff |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Petitioner and that I have obtained authorization from Steven A. Seick to affix his electronic signature to this document.

| | |
|---|---|
| DATED: February 12, 2008 | KAREN P. HEWITT<br>United States Attorney |
| | s/Raven M. Norris<br>Assistant U. S. Attorney<br>Attorney for Defendants |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH ARYANFAR, | Case No. 07cv 2341 IEG (RBB) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Extend Time to File Defendant's Responsive Pleading on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Steven A. Seick, Esq.**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008

                                                        s/ Raven M. Norris  
                                                       RAVEN M. NORRIS