UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH ARYANFAR, ) | Case No. 07cv 2341 IEG (RBB) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING JOINT MOTION TO |
| v. ) | EXTEND TIME FOR FILING OF |
| ) | RESPONSIVE PLEADING |
| MICHAEL CHERTOFF, Secretary of the) | |
| Department Of Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading and finding the joint motion meritorious, the Court GRANTS the motion for extension of time and ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in which Respondents shall file their answer or responsive pleading in the above captioned matter is extended until **April 11, 2008**.

**It is so ordered**

**DATED: February 13, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**