Steven A. Seick, Attorney at Law
California State Bar No. 144819
110 West C St., Suite 1809
San Diego, CA 92101
(619) 234-6104; e-mail - steveseick@cox.net
Attorney for Fatemeh Aryanfar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fatemeh Aryanfar, <br><br> Plaintiff, <br><br> v. <br><br> Michael Chertoff, Secretary, Department of Homeland Security, <br><br> Emilio Gonzalez, Director, United States Citizenship and Immigration Services, <br><br> Paul Pierre, District Director, San Diego District, United States Citizenship and Immigration Services, <br><br> Michael Mukasey, Attorney General of the United States, <br><br> Robert Mueller, III, Director, Federal Bureau of Investigation, <br><br> Defendants. | Case No. 07 CV 2341 IEG (RBB) <br><br> Notice of Voluntary Dismissal |

WHEREAS Defendant Citizenship and Immigration Services has adjudicated plaintiff's application for adjustment of status, and

WHEREAS this action is therefore moot, and

WHEREAS Defendants have not filed an answer,

NOW, THEREFORE, plaintiff, through counsel, dismisses this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Clerk is requested to enter the dismissal in the records of the District Court.

Dated:  April 1, 2008        s/  Steven A. Seick
                             Steven A. Seick
                             Attorney for Plaintiff Fatemeh Aryanfar