1  Steven A. Seick, Attorney at Law
   California State Bar No. 144819
2  110 West C St., Suite 1809
   San Diego, CA 92101
3  (619) 234-6104; e-mail - steveseick@cox.net

4  Attorney for Plaintiff Fatemeh Aryanfar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| Fatemeh Aryanfar, | ) Case No. 07 CV 2341 IEG (RBB) |
|---|---|
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| Michael Chertoff, Secretary, Department of Homeland Security, | ) |
| Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, | ) |
| Paul Pierre, District Director, San Diego District, United States Citizenship and Immigration Services, | ) |
| Michael Mukasey, Attorney General of the United States, | ) |
| Robert S. Mueller, III, Director, Federal Bureau of Investigation, | ) |
| Defendants. | ) |

I, Steven A. Seick, attorney for Plaintiff Fatemeh Aryanfar, certify that I am a citizen of the United States, a resident of San Diego County, California, over the age of eighteen years, with the business address of 110 West C St., Suite 1809, San Diego, CA, and not a party to this action, and that I served plaintiff's Notice of Voluntary Dismissal on April 1, 2008, on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the party:

//
//

1   U.S. Department of Justice
    Office of the U.S. Attorney
2   101 West Broadway, Suite 1500
    San Diego, CA  92101
3   //

4   //

5
    Dated: April 1, 2008                s/ Steven A. Seick
6                                       Steven A. Seick
                                        Attorney for Plaintiff Fatemeh Aryanfar
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28